## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 08-MJ-004 |
| | : | |
| EARL E. STAUBS, | : | VIOLATIONS:  18 U.S.C. § 1341 |
| | : | (Mail Fraud); § 2 (Causing an Act to be |
| Defendant. | : | Done) |

### INFORMATION

The United States Attorney charges that**:**

### COUNT ONE – MAIL FRAUD

<u>Introduction</u>

1. At all times material, the Center for Applied Linguistics (hereinafter "CAL") was a private non-profit organization working to improve communication through better understanding of language and culture.  CAL was organized and existing under the laws of the District of Columbia, having its principal place of business in the District of Columbia.

2. Defendant Earl E. Staubs (hereinafter "STAUBS") was employed by CAL as its Director of Financial Services from in or about March of 1997 through in or about April of 2006.  At all relevant times, STAUBS lived in Virginia.

<u>The Scheme and Artifice</u>

3.  From in or about March of 2005 until in or about May of 2006, defendant STAUBS knowingly and willfully devised and intended to devise a scheme and artifice to defraud CAL and obtain money from CAL by means of false and fraudulent pretenses and representations, well knowing that the pretenses and representations were false and fraudulent when made.

### The Purpose of the Scheme and Artifice

4. The purpose of this scheme and artifice was for defendant STAUBS to defraud CAL and to obtain money belonging to CAL by wrongfully and surreptitiously diverting funds into a bank account that STAUBS had established, allegedly for other legitimate purposes on behalf of CAL, and by hiding how those funds and account were thereafter used.

### Manner and Means Used to Carry out the Scheme and Artifice

5. In about March of 2005, STAUBS opened a bank account (hereinafter "bank account") with Riggs Bank (subsequently became PNC Bank) on behalf of CAL under the name Center for Applied Linguistics, Inc. In his position at CAL, STAUBS improperly directed funds from checks belonging to CAL into the bank account in "off the book" transactions. STAUBS used a check endorser from the desk of another CAL employee, sometimes after hours, to endorse the checks and make deposits of the checks at a branch in Washington, D.C. STAUBS crossed out the operating account number stamped on the back of the check he deposited and wrote in the Riggs or PNC account number. STAUBS was the only person associated with CAL who had access to the bank account and he had the bank statement for the account mailed to him.

6. Shortly, after opening the bank account, STAUBS knowingly and willfully, without authorization, began using funds from the bank account for his personal use. STAUBS accessed this money by writing checks on the account or using a bank-issued debit/credit card. STAUBS continued to misappropriate funds from the bank account until his termination from CAL in or about May of 2006.

7. In or about February of 2006, in an effort to conceal his inappropriate and unauthorized use of these funds, STAUBS altered the mailing address for the bank statements for the bank account

sent to his home address in Virginia.

8. As a result of STAUBS's actions as set forth above, CAL suffered losses of approximately $438,098.

Use of the Mails in Furtherance of the Scheme and Artifice

9. On or about February 1, 2006, in the District of Columbia and elsewhere, defendant STAUBs, having devised the above-described scheme and artifice to defraud and to obtain money or property by means of false and fraudulent pretenses, for the purpose of executing and attempting to execute the scheme and artifice, did cause to be placed in an authorized depository for mail matter an envelope, containing the bank statement for the bank account sent from PNC Bank addressed to Center for Applied Linguistics, Inc., c/o Earl E. Staubs, Treasurer, xxxxxxxxx Street, N.W., Washington, D.C.

**(Mail Fraud and Causing an Act to be Done, in violation of
Title 18, United States Code, Sections 1341 and 2)**

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR #  #498610


BY: _____/s/_____
DANIEL P. BUTLER
D.C. Bar # 417718
ASSISTANT U.S. ATTORNEY
555 Fourth Street, N.W., Room 5231
Washington, D.C.  20530
 (202) 353-9431
Daniel.Butler@USDOJ.Gov